# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| **MAXUS METROPOLITAN, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No: 20-cv-00095-FJG** |
| | ) | |
| **TRAVELERS PROPERTY CASUALTY** | ) | |
| **COMPANY OF AMERICA** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CORPORATE DISCLOSURE STATEMENT OF
## TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

COMES NOW Defendant Travelers Property Casualty Company of America and, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, hereby makes the following disclosure of any parent corporation or any publicly held corporation that owns 10% or more of its stock:

Travelers Property Casualty Company of America is 100% owned by The Phoenix Insurance Company, which is 100% owned by The Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

Respectfully submitted,

/s/ Dale L. Beckerman
Dale L. Beckerman, MO Bar #26937
DEACY & DEACY, LLP
920 Main Street, Suite 1000
Kansas City, Missouri 64105
Telephone: (816) 421-4000
Facsimile: (816) 421-7880
dlb@deacylaw.com Attorney for Defendant
Travelers Property Casualty Company of
America

Brenen G. Ely (*pro hac vice* to be filed)
ELY & ISENBERG, LLC
2100-B SouthBridge Pkwy., Suite 380
Birmingham, Alabama 35209
Telephone: (205) 313-1200
Facsimile:  (205) 313-1201
bely@elylawllc.com
Attorney for Defendant Travelers Property
Casualty Company of America

## CERTIFICATE OF SERVICE

I do hereby certify that on February 11, 2020, I electronically submitted the foregoing with the Clerk of the Court for the United State District Court for the Western District of Missouri using the CM/ECF system, which will send a Notice of Electronic Filing to the following counsel of record:

Michael J. Abrams
Kimberly K. Winter
Noah H. Nash
Lathrop GPM, LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 216-2001
mabrams@lathropgage.com
kwinter@lathropgage.com
nnash@lathropgage.com

/s/ Dale L. Beckerman
Attorney for Defendant Travelers Property
Casualty Company of America

2