# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MAXUS METROPOLITAN, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 20-cv-00095-FJG |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | ) ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Daniel E. Hamann of Deacy & Deacy, LLP and hereby enters his appearance as counsel for defendant in above-captioned cause.

Respectfully submitted,

/s/ Dale L. Beckerman
Dale L. Beckerman, MO Bar #26937
Daniel E. Hamann, MO Bar # 28164
DEACY & DEACY, LLP
920 Main Street, Suite 1000
Kansas City, Missouri 64105
Telephone: (816) 421-4000
Facsimile: (816) 421-7880
dlb@deacylaw.com
Attorney for Defendant Travelers Property Casualty Company of America

Brenen G. Ely (*pro hac vice* to be filed)
ELY & ISENBERG, LLC
2100-B SouthBridge Pkwy., Suite 380
Birmingham, Alabama 35209
Telephone: (205) 313-1200
Facsimile: (205) 313-1201
bely@elylawllc.com
Attorney for Defendant Travelers Property Casualty Company of America

**CERTIFICATE OF SERVICE**

   I do hereby certify that on February 11, 2020, I electronically submitted the foregoing with the Clerk of the Court for the United State District Court for the Western District of Missouri using the CM/ECF system, which will send a Notice of Electronic Filing to the following counsel of record:

Michael J. Abrams
Kimberly K. Winter
Noah H. Nash
Lathrop GPM, LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 216-2001
mabrams@lathropgage.com
kwinter@lathropgage.com
nnash@lathropgage.com

                /s/ Dale L. Beckerman
                Dale L. Beckerman, Attorney for
                Defendant Travelers Property Casualty
                Company of America