# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| MAXUS METROPOLITAN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-00095-FJG |
| | ) |
| TRAVELERS PROPERTY CASUALTY | ) |
| COMPANY OF AMERICA | ) |
| | ) |
| Defendant. | ) |

## SUPPLEMENTATION OF EXHIBIT A

Comes now Defendant and supplements Exhibit A to the Notice of Removal by adding thereto and to the Court file the attached Notice and Acknowledgment for Service by mail. This was mailed to the Department of Commerce and Insurance but was not in the documents the Department sent to defendant.

Respectfully submitted,

/s/ Dale L. Beckerman
Dale L. Beckerman, MO Bar #26937
Daniel E. Hamann, MO Bar # 28164
DEACY & DEACY, LLP
920 Main Street, Suite 1000
Kansas City, Missouri 64105
Telephone: (816) 421-4000
Facsimile: (816) 421-7880
dlb@deacylaw.com
Attorney for Defendant Travelers Property Casualty Company of America

Brenen G. Ely (*pro hac vice* to be filed)
ELY & ISENBERG, LLC
2100-B SouthBridge Pkwy., Suite 380
Birmingham, Alabama 35209
Telephone: (205) 313-1200
Facsimile: (205) 313-1201
bely@elylawllc.com
Attorney for Defendant Travelers Property Casualty Company of America

## CERTIFICATE OF SERVICE

   I do hereby certify that on February 11, 2020, I electronically submitted the foregoing with the Clerk of the Court for the United State District Court for the Western District of Missouri using the CM/ECF system, which will send a Notice of Electronic Filing to the following counsel of record:

Michael J. Abrams
Kimberly K. Winter
Noah H. Nash
Lathrop GPM, LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 216-2001
mabrams@lathropgage.com
kwinter@lathropgage.com
nnash@lathropgage.com

                /s/ Dale L. Beckerman
                Dale L. Beckerman, Attorney for
                Defendant Travelers Property Casualty
                Company of America