# IN THE CIRCUIT COURT OF CLAY COUNTY, MISSOURI

| | |
|---|---|
| MAXUS METROPOLITAN, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No.19CY-CV12623 |
| ) | |
| vs. ) | |
| ) | |
| TRAVELERS PROPERTY CASUALTY ) | |
| COMPANY OF AMERICA, ) | |
| Serve: Director of Insurance ) | |
| 301 W. High Street, Room 530 ) | |
| Jefferson City, MO 65101 ) | |
| ) | |
| Defendant. ) | |

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

TO: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
c/o Director of Insurance
301 W. High Street, Room 530
Jefferson City, MO 65101

The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgment part of this form and return one copy of the completed form to the sender within thirty days of January 13, 2020.

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must answer the petition within thirty days of the date you sign the acknowledgement below. If you fail to do so, judgment by default may be taken again you for the relief demanded in the petition.

I DECLARE, UNDER PENALTY OF PERJURY, THAT THIS NOTICE WAS MAILED ON JANUARY 13, 2020.

LATHROP GPM LLP

/s/ *Michael J. Abrams*
Michael J. Abrams MO #42196
michael.abrams@lathropgpm.com
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
Tel: (816) 292-2000 / Fax: (816) 292-2001

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND PETITION

I declare, under penalty of filing a false affidavit, that I received a copy of the summons and of the Petition in the above captioned matter.

_____
Signature

EXECUTIVE ASSISTANT
Relationship to Entity/Authority to Receive Service of Process

1/14/2020
Date Signed