**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **MAXUS METROPOLITAN, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No: 20-cv-00095-FJG** |
| | ) | |
| **TRAVELERS PROPERTY CASUALTY** | ) | |
| **COMPANY OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF DEPOSITION OF RON McRAE**

TO:    Ron McRae
c/o Lee B. Brumitt
Dysart Taylor Cotter McMonigle & Montemore, P.C.
4420 Madison Avenue, Suite 200
Kansas City, MO 64111

Please take notice that on the date and time identified below, Defendant Travelers Property

Casualty Company of America will take the deposition testimony upon oral examination of Ron

McRae pursuant to Rule 30 of the Federal Rules of Civil Procedure before a notary public or some

other officer authorized to administer oaths for the purpose of discovery or for use as evidence in

the trial of this action, or for both purposes.

**DEPONENT:**    Ron McRae

**DATE:**    March 9, 2021

**TIME:**    9:00 a.m. CST

**LOCATION:**    via Zoom

Respectfully submitted,

s/Brenen G. Ely
Brenen G. Ely (*pro hac vice*)
Kenneth W. Boyles, Jr. (*pro hac vice*)
ELY & ISENBERG, LLC
2100-B SouthBridge Pkwy., Suite 380
Birmingham, Alabama 35209
Telephone: (205) 313-1200
Facsimile:  (205) 313-1201
bely@elylawllc.com
kboyles@elylawllc.com

Dale L. Beckerman, MO Bar #26937
Daniel E. Hamann, MO Bar #28164
DEACY & DEACY, LLP
920 Main Street, Suite 1000
Kansas City, Missouri 64105
Telephone: (816) 421-4000
Facsimile: (816) 421-7880
dlb@deacylaw.com
deh@deacylaw.com

Attorneys for Defendant Travelers Property Casualty
Company of America

## **CERTIFICATE OF SERVICE**

I do hereby certify that on March 2, 2021, I electronically submitted the foregoing with the

Clerk of the Court for the United States District Court for the Western District of Missouri using

the CM/ECF system, which will send a Notice of Electronic Filing to the following counsel of

record:

Michael J. Abrams
Kimberly K. Winter
Brian W. Fields
Noah H. Nash
Lathrop GPM, LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 216-2001
michael.abrams@lathropgpm.com
kim.winter@lathropgpm.com
brian.fields@lathropgpm.com
noah.nash@lathropgpm.com

s/Brenen G. Ely
OF COUNSEL