IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MAXUS METROPOLITAN, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 20-cv-0095-FJG ) |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | ) ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S CERTIFICATE OF SERVICE
## OF SUPPLEMENTAL EXPERT REPORT

Plaintiff Maxus Metropolitan, LLC, by and through counsel, hereby certifies that a true copy of the supplemental expert report of retained expert Thomas Irmiter was served on defendant's counsel on the 5th day of March 2021.

Dated: March 5, 2021

Respectfully submitted,

LATHROP GPM LLP

/s/ *Michael J. Abrams*
Michael J. Abrams, MO Bar #42196
Kimberly K. Winter, MO Bar #45029
Brian W. Fields, MO Bar #45704
Noah H. Nash, MO Bar #72048
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
816.292.2000 / 816.292.2001 (Fax)
michael.abrams@lathropgpm.com
kim.winter@lathropgpm.com
brian.fields@lathropgpm.com
noah.nash@lathropgpm.com

Attorneys for Plaintiff
Maxus Metropolitan, LLC

33900292v.1