# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MAXUS METROPOLITAN, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 20-cv-0095-FJG ) |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | ) ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF MAXUS METROPOLITAN, LLC'S WITNESS LIST

Pursuant to this Court's Amended Trial Order ECF No. 146 (the "Order"), Maxus Metropolitan, LLC ("Maxus") provides the following list of all witnesses in alphabetical order – who may be called at trial by Maxus:

1. Dan Baxter
2. Stephen Bryan (by deposition)
3. Rocco Calaci
4. Neil Carlson
5. Adam Farnham
6. Sean Fee (by deposition)
7. Stuart Fred (by deposition)
8. Susan Granberry (by deposition)
9. Tom Irmiter
10. David Johnson
11. Ron McRae (by deposition)
12. Eugenia Mirica, EMSL Analytical
13. Michelle Pienta
14. Ryan Snyder
15. Alex Stehl
16. Denise Weidler, MicroVision
17. Jason Young
18. Any witness listed by Defendant
19. Any witness from the parties Rule 26 disclosures

Dated: March 17, 2023                    Respectfully submitted,

                                         LATHROP GPM LLP

                                         /s/ *Michael J. Abrams*
                                         Michael J. Abrams, MO Bar #42196
                                         Kimberly K. Winter, MO Bar #45029
                                         Brian W. Fields, MO Bar #45704
                                         Noah H. Nash, MO Bar #72048
                                         Alana M. McMullin MO Bar #71072
                                         2345 Grand Boulevard, Suite 2200
                                         Kansas City, Missouri 64108-2618
                                         816.292.2000 / 816.292.2001 (Fax)
                                         michael.abrams@lathropgpm.com
                                         kim.winter@lathropgpm.com
                                         brian.fields@lathropgpm.com
                                         noah.nash@lathropgpm.com
                                         alana.mcmullin@lathropgpm.com

                                         Attorneys for Plaintiff
                                         Maxus Metropolitan, LLC