# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MAXUS METROPOLITAN, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 20-cv-00095-FJG |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | ) ) ) ) |
| Defendant. | ) |

## DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S WITNESS LIST

Defendant, Travelers Property Casualty Company of America ("Travelers"), pursuant to this Court's Amended Trial Order (Doc. 146) submits, in alphabetical order by last name, the following witness it may call at trial:

1. Dr. Stuart Batterman
2. Stephen Bryan
3. Gregory Bynum
4. Cary Case
5. Stuart Fred
6. Susan Granberry
7. David Johnson
8. Robert W. Nelson (or other representative of Centric)
9. Kurt Mulder
10. Jason Richardson
11. Woody Robertson

12. Dr. Robert A. Schroeder

13. R. Christopher Spicer

14. J. Alexander Stehl

15. Kristin Stakely

16. Brad Stiles

17. Troy Wilson

18. Dr. Marc Zupan

19. Any witness necessary for rebuttal.

20. Any witness necessary for impeachment.

21. All witnesses listed or utilized by any other party.

This submission is not a commitment that Travelers will call any witness at trial. Travelers reserves the right to supplement or modify its list of witnesses based upon the Court's rulings, including rulings on motions in limine, and reserves the right to supplement or modify its list of witnesses based on any issues, exhibits, or witnesses presented by any party. Travelers reserves the right to supplement its list of witnesses with any witnesses inadvertently omitted and/or to amend this list as additional witnesses become known.

Respectfully submitted,

/s/Brenen G. Ely
Brenen G. Ely (*pro hac vice*)
Lauren A. Wiggins (*pro hac vice)*
Attorneys for Defendant Travelers Property Casualty Company of America

**OF COUNSEL:**
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, Alabama 35243
Telephone: (205) 313-1200
Facsimile: (205) 313-1201

bely@elylawllc.com
lwiggins@elylawllc.com

                                      Daniel E. Hamann
                                      Attorney for Defendant Travelers Property Casualty Company of America

**OF COUNSEL:**
DEACY & DEACY, LLP
920 Main Street, Suite 1000
Kansas City, Missouri 64105
Telephone: (816) 421-4000
Facsimile: (816) 421-7880
deh@deacylaw.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on March 17, 2023, I electronically submitted the foregoing with the Clerk of the Court for the United State District Court for the Western District of Missouri using the CM/ECF system, which will send a Notice of Electronic Filing to the following counsel of record:

Michael J. Abrams
Kimberly K. Winter
Brian W. Fields
Noah H. Nash
Alana M. McMullin
Lathrop GPM, LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 216-2001
michael.abrams@lathropgpm.com
kim.winter@lathropgage.com
brian.fields@lathropgpm.com
noah.nash@lathropgpm.com
alana.mcmullin@lathropgpm.com

                                      /s/Brenen G. Ely
                                      OF COUNSEL

3

Case 4:20-cv-00095-FJG   Document 153   Filed 03/17/23   Page 3 of 3