# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MAXUS METROPOLITAN, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 20-CV-0095-FJG |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | ) ) ) ) ) |
| Defendant. | |

## ORDER

On May 19, 2022, the parties filed a Joint Status Report and agreed that pursuant to Fed.R.Civ.P. 26, plaintiff would supplement its disclosures and production to provide its claimed damages calculations, supporting documentation and the identity of witnesses Maxus intends to call at trial regarding its claimed damages by July 17, 2022. In Traveler's response to plaintiff's Trial Brief, Travelers notes that plaintiff revised its damages on March 10, 2023. However, neither of these damage calculations were filed or provided to the Court. Additionally, Travelers has indicated the total amount of money it has paid regarding this claim, but has not specified when the payments were made, to whom or what the payments were for.

Accordingly, the Court would like Maxus to provide the Court with its most recent damages calculation, specifying the amount of damages it is seeking by category, the supporting documentation and the identity of the witnesses it will call in support of its damages claims. Travelers shall provide to the Court a detailed list of the total amount it

has paid to Maxus for this claim, specifying the amount, the payee and the date of the payments. The parties shall provide the information requested above to the Court on or before **Thursday July 13, 2023**.

The teleconference originally scheduled for July 17, 2023 has been rescheduled to **Friday July 14, 2023** at **9:00 a.m.**

Date: <u>July 10, 2023</u>  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge