IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MAXUS METROPOLITAN, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cv-00095-FJG |
| ) | |
| TRAVELERS PROPERTY CASUALTY ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
MOTION FOR JUDGMENT AS A MATTER OF LAW
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 50(a)(2)**

Pursuant to Federal Rule of Civil Procedure 50(a)(2), Defendant Travelers Property Casualty Company of America (Travelers) seeks judgment as a matter of law on all of the claims of Plaintiff Maxus Metropolitan, LLC (Maxus) because there is undisputed evidence that Maxus intentionally concealed material facts concerning combustion byproduct test results and the sprinkler break in Phase 5 of the Metropolitan apartment complex (the "Metropolitan"). Alternatively, Travelers is entitled to partial judgment as a matter of law on the following aspects of Maxus' claims:

1) The jury could not reasonably conclude based on the evidence presented by Plaintiff Maxus Metropolitan, LLC (Maxus) that the remediation project that was conducted in Phases 1-4 of the Metropolitan apartment complex (the "Metropolitan"), at a total cost of approximately $15.6 million, is covered by the insurance policy at issue (the "Policy").

1

2) The jury could not reasonably conclude that Maxus is entitled to coverage caused by water infiltration into Phases 1-4 of the Metropolitan because there is no evidence that it occurred during the policy period that ended on September 30, 2018.

3) The jury could not reasonably conclude that Maxus is entitled to Business Income and/or Rental Value losses attributable to being unable to rent Phases 1-4 based on the evidence presented by Maxus.

4) On Count II of Maxus' Petition, the jury could not reasonably conclude that Travelers vexatiously refused to pay the insurance claim at issue in violation of Mo. Rev. Stat. § 375.420.

The grounds for this motion are more fully stated in the accompany suggestions in support. For the reasons stated therein, the Court should grant judgment as a matter of law on all of Maxus' claims, or alternatively, grant partial judgment as a matter of law on the following:

1) Maxus' claim for remediation of combustion byproducts in Phases 1-4 of the Metropolitan;

2) Maxus' claim for damage caused by water infiltration into Phases 1-4;

3) Maxus' claim for Business Income/Rental Value losses from Phases 1-4; and

4) Count II of the Petition, alleging vexatious refusal to pay under Mo. Rev. Stat. § 375.420.

If the Court grants the partial relief sought, the only issues submitted to the jury will be whether any additional amounts are owed with respect to Phases 5 and 6 of the Metropolitan.

2

Respectfully submitted,

/s/Wystan M. Ackerman
Daniel E. Hamann
Brenen G. Ely (*pro hac vice*)
Lauren A. Wiggins (*pro hac vice*)
Wystan M. Ackerman *(pro hac vice)*
Attorneys for Defendant Travelers Property Casualty Company of America

**OF COUNSEL:**
DEACY & DEACY, LLP
9233 Ward Parkway, Suite 370
Kansas City, Missouri 64114
Telephone: (816) 421-4000
Facsimile: (816) 421-7880
deh@deacylaw.com

**OF COUNSEL:**
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, Alabama 35243
Telephone: (205) 313-1200
Facsimile: (205) 313-1201
bely@elylawllc.com
lwiggins@elylawllc.com

**OF COUNSEL:**
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8388
wackerman@rc.com

**CERTIFICATE OF SERVICE**

       I do hereby certify that on August 2, 2023, I electronically submitted the foregoing with the Clerk of the Court for the United State District Court for the Western District of Missouri using the CM/ECF system, which will send a Notice of Electronic Filing to the following counsel of record:

Michael J. Abrams
Kimberly K. Winter
Brian W. Fields
Noah H. Nash
Alana M. McMullin
Brad P. Johnson
Lathrop GPM, LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 216-2001
michael.abrams@lathropgpm.com
kim.winter@lathropgage.com
brian.fields@lathropgpm.com
noah.nash@lathropgpm.com
alana.mcmullin@lathropgpm.com
brad.johnson@lathropgpm.com

                                              /s/Wystan M. Ackerman
                                              OF COUNSEL

4

Case 4:20-cv-00095-FJG   Document 218   Filed 08/02/23   Page 4 of 4