IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| MAXUS METROPOLITAN, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 20-cv-00095-FJG |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Defendant Travelers Property Casualty Company of America hereby appeals to the United States Court of Appeals for the Eighth Circuit from the judgment entered on August 3, 2023 (ECF 229), as modified by the judgment entered on January 3, 2024 (ECF 269), from the order deciding the parties' post-trial motions dated January 3, 2024 (ECF 267), and from all orders that, for purposes of appeal, merge into the designated judgments or order.

Respectfully submitted,

/s/ Wystan M. Ackerman
Tyson H. Ketchum
Kevin W. Prewitt
Nicholas D. Slovikoski
Brenen G. Ely (*pro hac vice*)
Lauren A. Wiggins *(pro hac vice)*
Wystan M. Ackerman *(pro hac vice)*
Attorneys for Defendant Travelers Property Casualty Company of America

**OF COUNSEL:**
ARMSTRONG TEASDALE LLP
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
Telephone: (816)221-3420
Facsimile: (816)221-0786
tkechum@atllp.com

kprewitt@atllp.com
nslovikoski@atllp.com

**OF COUNSEL:**
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, Alabama 35243
Telephone: (205) 313-1200
Facsimile: (205) 313-1201
bely@elylawllc.com
lwiggins@elylawllc.com

**OF COUNSEL:**
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8388
wackerman@rc.com

# **CERTIFICATE OF SERVICE**

       I do hereby certify that on January 30, 2024, I electronically submitted the foregoing with the Clerk of the Court for the United States District Court for the Western District of Missouri using the CM/ECF system, which will send a Notice of Electronic Filing to the following counsel of record:

Michael J. Abrams
Kimberly K. Winter
Brian W. Fields
Noah H. Nash
Alana M. McMullin
Brad P. Johnson
Lathrop GPM, LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 216-2001
michael.abrams@lathropgpm.com
kim.winter@lathropgage.com
brian.fields@lathropgpm.com
noah.nash@lathropgpm.com
alana.mcmullin@lathropgpm.com
brad.johnson@lathropgpm.com

                                            /s/ Wystan M. Ackerman
                                            OF COUNSEL