IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MAXUS METROPOLITAN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-00095-FJG |
| | ) |
| TRAVELERS PROPERTY CASUALTY | ) |
| COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## PARTIAL SATISFACTION OF JUDGMENT

Comes now Plaintiff, Maxus Metropolitan, LLC, and hereby acknowledges receipt of the sum of:

- Five Million, Eight Hundred Twelve Thousand, Forty-Two Dollars and Thirty-Three Cents (**$5,812,042.33**).

The above amount was paid to Plaintiff on this date by Defendant, Travelers Property Casualty Company of America (Travelers), in partial satisfaction of the judgment against it entered on August 3, 2023 (ECF 229), as modified by the final judgment entered on January 3, 2024 (ECF 269). Accordingly, Plaintiff hereby enters this Partial Satisfaction of Judgment in the amount above.

Specifically, the above constitutes payment in full of the following three amounts awarded to Plaintiff and all post-judgment interest through January 31, 2024 on those amounts, such that Plaintiff's claims on these items are fully satisfied:

| | | |
|---|---|---|
| 1) | Exterior damage to Phases 1–5: | $3,868,772.88 |
| 2) | Water damage to Phase 5: | $126,000.00 |
| 3) | Rebuilding Phase 6: | $1,666,239.83 |
| 4) | Post-judgment Interest on #1–#3: | $151,029.62 |
| | TOTAL: | $5,812,042.33 |

This Partial Satisfaction of Judgment in no way affects or compromises the remaining portion of the judgment. Plaintiff acknowledges that by paying a portion of the judgment, Travelers does not intend to waive any of its appellate rights.

Respectfully submitted,

/s/ Michael J. Abrams
_____

Michael J. Abrams
Kimberly K. Winter
Brian W. Fields
Noah H. Nash
Alana M. McMullin
Brad P. Johnson
**LATHROP GPM, LLP**
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 216-2001
michael.abrams@lathropgpm.com
kim.winter@lathropgage.com
brian.fields@lathropgpm.com
noah.nash@lathropgpm.com
alana.mcmullin@lathropgpm.com
brad.johnson@lathropgpm.com